47 A.3d 1174

**Michelle BRAUN, On Behalf of Herself and All Others Similarly Situated, Respondent**

**v.**

**WAL–MART STORES, INC., A Delaware Corporation, and Sam's Club, An Operating Segment of Wal–Mart Stores, Inc., Petitioners.**

**Dolores Hummel, On Behalf of Herself and All Others Similarly Situated, Respondent**

**v.**

**Wal–Mart Stores, Inc., A Delaware Corporation, And Sam's Club, An Operating Segment of Wal–Mart Stores, Inc., Petitioners.**

**Nos. 551 EAL 2011, 552 EAL 2011.**

Supreme Court of Pennsylvania.

July 2, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 2nd day of JULY, 2012, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is DENIED as to all remaining issues. The issue is:

Whether, in a purported class action tried to verdict, it violates Pennsylvania law (including the Pennsylvania Rules of Civil Procedure) to subject Wal–Mart to a "Trial by Formula" that relieves Plaintiffs of their burden to produce class-wide "common" evidence on key elements of their claims.

Further, Petitioners' Applications for Leave to File Post–Allocatur Communications and a Reply are **DENIED** as moot.